304945-LRB/DS Atty No. 42907

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

| | | |
|---|---|---|
| DOUGLAS MENNIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-50120 |
| | ) | |
| ANDERSEN WINDOWS, INC., and ANDERSEN CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, ANDERSEN WINDOWS, INC., and ANDERSEN CORPORATION (collectively "Andersen"), by their attorneys, Amundsen Davis, LLC, and moves this Court for Summary Judgement pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support, the Defendants state as follows:

1. This matter arises out of an incident that occurred on June 26, 2022, when Plaintiff, Douglas Mennie, fell out of an Andersen casement window at one of his residences after detaching parts from the window to attempt to clean the exterior of the window from the inside of his residence. Plaintiff filed a Complaint alleging negligence against Andersen.

2. Plaintiff's Complaint alleges that Andersen negligently:

   (a) Designed, and manufactures the casement window so that it was unsafe for its intended purpose;

   (b) Failed to give adequate instructions as to the use, operation and maintenance of the casement window;

   (c) Failed to give adequate warning as to the dangers of the casement window;

(d) Failed to include adequate devices to secure the sash so that the window could not fall out of the frame while being used, cleaned or maintained;

(e) Failed to furnish adequate safety devices to prevent the sash from inadvertently falling from the frame while being used, maintained or cleaned; and/or

(f) Andersen was otherwise negligent in the design and manufacture of the casement window.

3. Defendants are entitled to judgment as a matter of law because Plaintiff's claims are time-barred by the Illinois construction statute of repose, Defendants had no duty to warn Plaintiff of an open and obvious dangerous condition, and Plaintiff's comparative fault exceeds 50%.

4. In support of its Motion for Summary Judgment, Andersen submits the following:

i. Statement of Undisputed Material Facts pursuant to N.D. Ill. Local Rule 56.1.

ii. Defendants' Memorandum in Supports of their Motion for Summary Judgment.

iii. Exhibit 1 – Plaintiff's Complaint at Law.

iv. Exhibit 2 – Deposition Transcript of Douglas Mennie.

v. Exhibit 3 – Plaintiff's Answers to Interrogatories

vi. Exhibit 4 – Caring For Your Casement & Awning Windows

vii. Exhibit 5 – Plaintiff's Final Andersen/Home Depot Quote

viii. Exhibit 6 – Plaintiff's Photographs

ix. Exhibit 7 – Architectural Drawings for the Lake Carroll Property

x. Exhibit 8 – Deposition Transcript of Susan Mennie.

xi. Exhibit 9 – Andersen Quotes for the Mennie Residence

xii. Exhibit 10 – Custom Home Builders, Inc. Proposal

xiii. Exhibit 11 – Andersen A-Series Product Guide 2010

xiv Exhibit 12 – Deposition Transcript of Joe Moeller

xv. Exhibit 13 – Defendant's Photographs

xvi. Exhibit 14 – Defendant's Marked Photos

xvii. Exhibit 15 – Andersen A-Series Casement Sash Replacement Guide

xviii. Exhibit 16 – Insect Screen Warning

xiv. Exhibit 17 – Deposition Transcript Kent Van Heerden

xv. Exhibit 18 – Deposition Transcript Sarah Reese

xvi. Exhibit 19 – Deposition Transcript of David Mennie

5. Andersen's Memorandum of Law is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE for the above and foregoing reasons, Defendants, ANDERSEN WINDOWS, INC., and ANDERSEN CORPORATION, respectfully requests that this Honorable Court grant their Motion for Summary Judgment, enter judgment in favor of Defendants, and for any other relief this Court deems just.

Respectfully submitted,

s/ David Sethi

By: David Sethi – Bar Number 6297594
Attorney for Defendants
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Tel: (312) 894-3200
Fax: (312) 894-3210
E-Mail: dsethi@amundsendavislaw.com

Lew R.C. Bricker
David Sethi
Scott T. Lechowicz
Attorneys for Defendants

Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Tel: (312) 894-3200
Fax: (312) 894.3210
E-Mail: lbricker@amundsendavislaw.com
E-Mail: dsethi@amundsendavislaw.com
Email: slechowicz@amundsendavislaw.com

3063962 LRB/DS/STL #6206641/#6297594/#6317575

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

| | | |
|---|---|---|
| DOUGLAS MENNIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-50120 |
| | ) | |
| ANDERSEN WINDOWS, INC., and ANDERSEN CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746 that on the date indicated below, I served this document via CM/ECF on counsel for plaintiff, Douglas Mennie, on or before 5:00 p.m. on March 25, 2025.

[x] Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: March 25, 2025
s/ David Sethi

Lew R. C. Bricker
David Sethi
Scott T. Lechowicz
Attorneys for Defendants
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
lbricker@amundsendavislaw.com
dsethi@amundsendavislaw.com
slechowicz@amundsendavislaw.com